UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  -vs-<br><br>KEVIN WILLIAM SLATT,<br><br>              Defendant. | No.   2:16-CR-0051-WFN-1<br><br>PROTECTIVE ORDER |

Before the Court is the Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband signed by Stephanie Lister, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant's attorney, Andrea George. The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed April 19, 2016, **ECF No. 21**, is **GRANTED.**

2. The Court enters this Stipulation and further Orders that the defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this Stipulation and Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. The defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. The defense expert will be provided with a CD/DVD burner and disks to copy their report onto optical media.

3. The Government's Motion to Expedite, filed April 19, 2016, **ECF No. 22,** is **GRANTED**. The underlying Motion was considered on an expedited basis.

ORDER - 1

1  The District Court Executive is directed to file this Order and provide copies to
2  counsel
3  **DATED** this 21st day of April, 2016.
4
5
6
7  04-20-16
                               s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2