PROB 12C
(6/16)

Report Date: October 25, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin William Slatt    Case Number: 0980 2:16CR00051-TOR-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 8, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(7) | | |
| Original Sentence: | Prison - 72 months<br>TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | July 31, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To issue a summons.

On August 6, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Slatt, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine, on or about September 9, 2024.<br><br>On September 10, 2024, Mr. Slatt was asked to provide a random urine sample. The sample tested presumptive positive for methamphetamine. Mr. Slatt signed an admission of use form confirming his use of controlled substances on or about September 9, 2024. |
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
**Re: Slatt, Kevin William**
**October 25, 2024**
Page 2

**Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine, on or about September 18, 2024.

On September 18, 2024, Mr. Slatt was asked to provide a random urine sample. The sample tested presumptive positive for methamphetamine. Mr. Slatt signed a denial of use form, denying the use of controlled substances. The urine sample was sent to Alere Laboratory for further testing.

On September 24, 2024, Alere Laboratory confirmed Mr. Slatt's urine sample tested positive for methamphetamine.

3    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine, on or about September 24, 2024.

On September 24, 2024, Mr. Slatt provided a random urine sample at Pioneer Human Services (PHS). The sample returned presumptive positive for methamphetamine.

Mr. Slatt signed a denial of use form, denying the use of controlled substances. The urine sample was sent to Alere Laboratory for further testing.

On October 4, 2024, Alere Laboratory confirmed Mr. Slatt's urine sample tested positive for methamphetamine.

4    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine, on or about October 3, 2024.

On October 3, 2024, Mr. Slatt provided a random urine sample at PHS. The sample returned presumptive positive for methamphetamine. Mr. Slatt signed a denial of use form, denying the use of controlled substances. The urine sample was sent to Alere Laboratory for further testing.

On October 11, 2024, Alere Laboratory confirmed Mr. Slatt's urine sample tested positive for methamphetamine.

5    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

Prob12C
**Re: Slatt, Kevin William**
**October 25, 2024**
**Page 3**

| | |
|---|---|
| | **Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine on or about October 8, 2024. |
| | On October 8, 2024, Mr. Slatt was asked to provide a random urine sample. The sample tested presumptive positive for methamphetamine. Mr. Slatt signed a denial of use form, denying the use of controlled substances. The urine sample was sent to Alere Laboratory for further testing. |
| | On October 21, 2024, Alere Laboratory confirmed Mr. Slatt's urine sample tested positive for methamphetamine. |
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine and hydrocodone, on or about October 14, 2024. |
| | On October 14, 2024, Mr. Slatt provided a random urine sample at PHS. The sample returned presumptive positive for methamphetamine and hydrocodone. Mr. Slatt signed an admission of use form, confirming the use of hydrocodone, yet denying methamphetamine use. |
| | On October 20, 2024, Alere Laboratory confirmed Mr. Slatt's urine sample tested positive for hydrocodone. |
| | On October 25, 2024, Alere Laboratory confirmed Mr. Slatt's urine sample tested positive for methamphetamine. |
| 7 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine and hydrocodone, on or about October 21, 2024. |
| | On October 21, 2024, Mr. Slatt provided a random urine sample at PHS. The sample returned presumptive positive for methamphetamine and hydrocodone. Mr. Slatt signed an admission of use form, confirming the use of controlled substances. |
| 8 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Slatt allegedly violated the terms of his supervised release by consuming a controlled substance, specifically methamphetamine on or about October 21, 2024. |

Prob12C
Re: Slatt, Kevin William
October 25, 2024
Page 4

On October 23, 2024, Mr. Slatt was asked to provide a random urine sample. The sample tested presumptive positive for methamphetamine. Mr. Slatt signed an admission of use form, confirming the use of controlled substances. The urine sample was sent to Alere Laboratory for further testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/25/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

October 25, 2024

Date